# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CATHLEEN MICHELLE KOLSCH,

    Petitioner,

vs.

BERNARD CURTIS, et al.,

    Respondents.

Case No. 3:09-cv-00515-LRH-(RAM)

**ORDER**

    Respondents having submitted a Motion for Enlargement of Time (#5), and good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (#5) is **GRANTED**. Respondents shall have through January 22, 2010, to file and serve an answer or other response to the Petition (#1).

    DATED this 9th day of December, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE