UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATHLEEN MICHELLE KOLSCH,<br><br>           Petitioner,<br><br>vs.<br><br>BERNARD CURTIS, *et al.,*<br><br>           Respondents. | 3:09-cv-00515-LRH-RAM<br><br><u>ORDER</u> |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is represented by counsel. On January 20, 2010, respondents filed a motion for an extension of time to respond to the petition. (Docket #7.) Good cause appearing, respondents' motion is **GRANTED.** Respondents are granted to and including February 12, 2010, to file their response.

DATED this 21st day of January, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE